FORM C-13 (REV. 4/09)
STATE OF ILLINOIS

# Invoice Voucher

Illinois Department of Corrections
1301 Concordia Ct.
Springfield, Illinois 62794

Name and Location of State Agency or Institution

PAYMENT OF INTEREST MAY BE AVAILABLE IF THE STATE FAILS TO COMPLY WITH THE STATE PROMPT PAYMENT ACT, 30 ILCS 540.

2. Taxpayer Identification Number

3. Vendor or Payee
LAST NAME    FIRST NAME    MIDDLE INITIAL
OR BUSINESS NAME

Lexitas
P.O. Box 734298
Dept. 2007
Dallas, TX 75373-4298

4. Voucher No. _____
5. Voucher Date _____
6. Appropriation Account Code _____
7. Invoice Number  1487189
8. Invoice Date  09/20/2023

**Disposition of Copies**
1. Comptroller    5. Agency
2. Agency         6. Agency
3. Agency         7. Retained by Vendor
4. Remittance Copy

10. Indicate Beginning and Ending Date of Service and GAAP Code. Give Complete Description of Articles/Services Rendered or Attach Itemized Vendor Invoice

| Description | 11. Quantity | 12. Units | 13. Unit Price | 14. Amount |
|---|---|---|---|---|
| Cole v. Staley, No. 22 C 1009 | | | | |
| Job Date: 9/6/2022 | | | | |
| Witness: Brandon Cole | | | | |
| Attendance (2-Hour Minimum) | 2.5 | hours | | 231 25 |
| Original Certified Transcript - Standard Delivery | 109 | pgs | | 446 90 |
| Electronic Transcript | 1 | | | 35 00 |

| 18. Exp. Obj | 19. Exp. Amount | 20. CFDA No. | | | 15. Subtotal | 713 15 |
|---|---|---|---|---|---|---|
| | | 22. Obligation No. | 23. Payment Amount | | 16. Discount / Deduction | |
| 21. Total Exp. | | 24. Total Payment Amount | | | 17. Total Amount | 713 15 |

25. For Agency Use Only

Approved for Payment

*James Roh*  9-22-23
Receiving Officer    Date    Clerk

*Katherine Larment*  9-22-23
Head of Unit or Authorized Agent    Date

Certification of Receiving Agency

I certify that the goods or services specified on this voucher were for the use of this agency and that the expenditure for such goods or services was authorized and lawfully incurred, that such goods or services meet all the required standards set forth in the purchase agreement or contract to which this voucher relates; and that the amount shown on this voucher is correct and approved for payment. If applicable, the reporting requirements of section 5.1 of the Governor's Office of Management and Budget Act have been met.

Date    Agency Head (Signature)

C-13 4/09



# Invoice

**Invoice No:** 1487189
**Invoice Date:** 9/20/2023
**Payment Terms:** Net 30

**Bill To:**
James Robinson
Office of the Attorney General
100 West Randolph Street
Chicago IL 60601
United States

**Case Name:**
Cole vs. Staley

**Case Number:** 1:22-cv-01009

**Location:**

**Job Date:** 9/6/2023

**Header:**

| Job # | Witness Name | Date of Loss | Claims Professional | Name of Insured | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|---|
| 2023-907876 | Brandon Cole (#R04449) | | | | | | |

| Item | Quantity | Amount |
|---|---|---|
| Attendance (2-Hour Minimum) | 2.5 | $231.25 |
| Original Certified Transcript - Standard Delivery | 109 | $446.90 |
| Electronic Transcript | 1 | $35.00 |

**Memo:**

**Sold To:**
James Robinson
Office of the Attorney General
100 West Randolph Street
Chicago IL 60601
United States

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2007
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1487189

**TAX ID 46-4363191**

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F

| | |
|---|---|
| Subtotal: | $713.15 |
| Tax Total(%): | $0.00 |
| Total: | $713.15 |
| Payments and Credits: | $0.00 |

| Amount Due | $713.15 |
|---|---|
| After 10/20/2023 Pay | $723.85 |

1 of 2



# Invoice

**Invoice No:** 1487189
**Invoice Date:** 9/20/2023
**Payment Terms:** Net 30

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 877-653-6736